UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN AND VALERIE RIDDLE,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.                            CASE NO: 7:19-cv-03634-VB

PEPSICO, INC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiffs Kevin Riddle and Valerie Riddle, and Defendant, Pepsico, Inc., hereby notify the Court they have resolved this matter. The parties are in the process of finalizing their settlement and anticipate filing an appropriate stipulation of dismissal with this Court shortly. Thus, they request the May 5, 2020 settlement conference be cancelled.

    Dated this 29th day of April, 2020.

                                                  Respectfully submitted,

                                                  _____
                                                  **LUIS A. CABASSA** (*pro hac vice*)
                                                  Florida Bar Number: 053643
                                                  Direct No.: 813-379-2565
                                                  **BRANDON J. HILL** (*pro hac vice*)
                                                  Florida Bar Number: 37061
                                                  Direct No.: 813-337-7992
                                                  **WENZEL FENTON CABASSA, P.A.**
                                                  1110 North Florida Ave., Suite 300
                                                  Tampa, Florida 33602
                                                  Main No.: 813-224-0431
                                                  Facsimile: 813-229-8712
                                                  Email: lcabassa@wfclaw.com
                                                  Email: bhill@wfclaw.com
                                                  **Attorneys for Plaintiffs**

-and-

_____
Annie E. Causey, Esq. (AC 5795)
**WOODS LONERGAN PLLC**
280 Madison Avenue, Suite 300
New York, New York 10016
(212) 684-2500
acausey@woodslaw.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of April, 2020, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Alex S. Drummond, Esq.
Alexandre S. Drummond, Esq.
Anshel Joel Kaplan, Esq.
Ronald J. Kramer, Esq.
**SEYFARTH SHAW LLP**
233 S. Wacker Drive, #8000
Chicago, IL 60606
Email: rkramer@seyfarth.com
**Attorneys for Defendant**

_____
**BRANDON J. HILL**

2